# Exhibit A

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 2 of 52 PageID #: 7

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

───────────────────────────────X

GLORY OF GOD GLOBAL MINISTRY INC.,                Index #

                        Petitioner-Tenant         **VERIFIED PETITION IN
        against                                   SUPPORT OF AN ORDER
                                                  TO SHOW CAUSE**
5904 FOSTER AVENUE TRUST,                          To Restore to Possession
                        Respondent-Owner           [RPAPL § 713 (10)]

                                                  Petitioner's Address:

───────────────────────────────X                 5904 Foster Avenue
                                                  Brooklyn, New York 11234

1. I, Petitioner, GLORY OF GOD GLOBAL MINISTRY INC. ("**Petitioner**") am the lawful

   occupant of the space listed above as Petitioner's address and have been in possession of

   5904 Foster Avenue, Brooklyn, New York 11234 ("**Space**") since 2014.

2. Respondent, 5904 FOSTER AVENUE TRUST ("**Respondent**") is the owner of the

   Space and is in possession of the Space at this time.

3. Respondent unlawfully or with force entered the Space or Respondent remained in

   possession of the Space unlawfully or with force, keeping me from possession.

4. Respondent did the above on December 14, 2022 at 8:00 p.m.

5. Respondent continues to keep me from possession.

6. Respondent or Respondent's predecessor in interest did not quietly possess the Space for

   three (3) years before Respondent entered or remained in possession of the Space

   unlawfully or with force.

7. When Respondent took over the Space, I physically occupied the Space peaceably or I

   had a right to occupy the premises because of a lease or other legal basis.  **No court**

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 3 of 52 PageID #: 8

**order exists directing me to stay away from the Space, including any restraining orders or orders of protection.**

8.  I request that the court enter a judgment:

    a)  Awarding and restoring me to possession of the Space pursuant to RPAPL § 713 (10);

    b)  Providing for the issuance of a warrant of eviction immediately, together with costs and disbursements; and

    c)  Awarding me triple damages pursuant to RPAPL § 853; and

    d)  Finding Respondent's acts constitute commercial tenant harassment pursuant to § 22-902 (7) and awarding damages.

9.  I also request that the court give me permission to serve these papers in person, and such other relief as this Court deems proper.

10. No prior application has been made for the relief sought in this document.

Case 1:22-cv-07732  Document 1-1  Filed 12/19/22  Page 4 of 52 PageID #: 9

<u>VERIFICATION</u>

STATE OF NEW YORK          )

                          ) ss.:

COUNTY OF NEW YORK         )


Nicholas G. Yokos, one of the attorneys for the Petitioner herein, hereby affirms

under the penalties of perjury and pursuant to CPLR 2106 that I have read said

Petition and knows the contents thereof; and that upon information and belief the

contents thereof are true.  The source of affirmant's information and belief are oral

statements, books and records furnished by the Petitioner, its agents and/or employees

and materials contained in my office files.  The reason this verification is made by

counsel is because RPAPL 741 authorizes same.


Dated:    New York, New York
          December 15, 2022

                                        *Nicholas G. Yokos*
                              _____
                                   Nicholas G. Yokos, Esq.
                                   Attorney for Petitioner

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

———————————————————X

GLORY OF GOD GLOBAL MINISTRY INC.,                Index #

Petitioner-Tenant

**ORDER TO SHOW CAUSE**
against                                                           **TO BE RESTORE TO POSSESSION**
(NO EXISTING PROCEEDING)

5904 FOSTER AVENUE TRUST,

Respondent-Owner

———————————————————X

**UPON** reading and filing the affirmation of Nicholas Yokos, Esq., dated the 15th day of

December 2022, the affidavit of Funmi Williams sworn to on December 15, 2022, and the

exhibits annexed thereto in support and upon all of the proceedings and pleadings heretofore had

herein,

**LET** 5904 Foster Avenue Trust ("**Respondent**") or its attorney, Richard L. Yellen &

Associates, LLP, **SHOW CAUSE** before one of the Judges of this Court at a **Part 52, Room 603**

on the _21_ day of _Dec_ 20_22_ at the Courthouse located at 141 Livingston Street,

rm. _603_, Brooklyn, NY at 9:30 am in the forenoon of that day or as soon thereafter as counsel

can be heard **WHY** an Order should not be entered pursuant to RPAPL §713(10) and/or RPAPL

§853 and/or § 22-902 (7):

1. Restoring Petitioner to possession forthwith; and,

2. Finding Respondent's actions constitute an unlawful eviction; and

3. Scheduling a hearing to determine Petitioner's treble damages; and

This is a copy of a pleading filed electronically pursuant to Uniform Rules of the New York State Trial Courts
(22 NYCRR §208.4-a(b)(2)) which, at the time of its printout from the court system's electronic website, had not
yet been reviewed and approved by the Office of the Chief Clerk of the Civil Court. Because court rules
(22 NYCRR §202.5[d]) as applicable pursuant to CCA §2102 authorize the Chief Clerk of the Civil Court to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by said Office.

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 6 of 52 PageID #: 11

4.  Finding Respondent's actions constitute commercial tenant harassment and awarding Petitioner damages; and

5.  For such other and further relief as may be just under the circumstances.

**PENDING THE HEARING** of the instant Order to Show Cause, **LET** all proceedings on the part of the Respondent, and its agent to re-rent, or remove possessions from the subject premises be stayed; and

**SUFFICIENT CAUSE THEREFOR APPEARING, LET** service of a true copy of this Order by overnight courier together with the exhibits annexed thereto upon Respondent's counsel, Richard L. Yellen & Associates LLP, 111 Broadway, Suite 1403, New York, New York 10006, by __12|19|22__ be deemed sufficient.

ENTER:

Hon. Derefim E. _____
Judge, Civil _____
_____ J.H.C"

This is a copy of a pleading filed electronically pursuant to Uniform Rules of the New York State Trial Courts
(22 NYCRR §208.4-a(b)(2)) which, at the time of its printout from the court system's electronic website, had not
yet been reviewed and approved by the Office of the Chief Clerk of the Civil Court. Because court rules
(22 NYCRR §202.5[d]) as applicable pursuant to CCA §2102 authorize the Chief Clerk of the Civil Court to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by said Office.

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 7 of 52 PageID #: 12

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                                             Index #

————————————————————————X

GLORY OF GOD GLOBAL MINISTRY INC.,                    **ATTORNEY AFFIRMATION**
                           Petitioner-Tenant          **IN SUPPORT OF PETITIONER'S**
                                                      **ORDER TO SHOW CAUSE**
           against                                    **TO BE RESTORE TO POSSESSION**

5904 FOSTER AVENUE TRUST,

                           Respondent-Owner

————————————————————————X

      **NICHOLAS YOKOS**, an attorney duly admitted to practice before the Courts of the State of New York, does hereby affirm pursuant to Civil Practice Law and Rules (hereinafter "CPLR") §2106 and N.Y.C.R.R. §130-1.1(a), and the penalty of perjury as follows:

      1.     I am of counsel to the law firm of Kucker Marino Winiarsky & Bittens, LLP., attorneys for the Petitioner-Tenant, GLORY OF GOD GLOBAL MINISTRY ("**Petitioner**"), and as such I am fully familiar with the facts herein.

      2.     This affirmation along with the affidavit of Fumni Williams (the "**Williams Affidavit**") are respectfully submitted in support of Petitioner's order to show cause pursuant to RPAPL §713(10) and/or RPAPL §853 and/or § 22-902 (7): (i) restoring Petitioner to possession forthwith; and (ii) finding 5904 FOSTER AVENUE TRUST ("**Respondent**") actions constitute an unlawful eviction; and (iii) scheduling a hearing to determine Petitioner's treble damages; and (iv) finding Respondent's actions constitute commercial tenant harassment and awarding Petitioner damages; and (v) for such other and further relief in favor of Petitioner as this court may deem just and proper in the circumstances.

      3.     Here, Petitioner was deprived of possession of the commercial premises located at 5904 Foster Avenue, Brooklyn, New York 11234 ("**Subject Building**") without legal process and is entitled to be restored immediately to possession of the Subject Building as well as to damages

3

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 8 of 52 PageID #: 13

resulting from this extra-judicial eviction.

4.      In or about 2014, Petitioner took possession of the Subject Building pursuant to its relationship with Triple C's Venture, LLC ("**Triple C**").  Triple C was formerly the deeded owner of the Subject Building.  *See* Williams Affidavit.  An attorney certified copy of the deed reflecting Triple C as owner of the Subject Building is annexed hereto as **Exhibit "A".**

5.      Indeed, Triple C and Petitioner believe they were the victims of a fraud perpetrated by Respondent with respect to transfer of ownership of the Subject Building and are taking steps to pursue appropriate relief through the Supreme Court of the State of New York, County of Kings.

6.      Notwithstanding, Petitioner has remained in continuous occupancy of the Subject Premises from 2014 until December 14, 2022 at approximately 8 p.m. when it was illegally evicted by Respondent.[1]  *See* Williams Affidavit.

7.      As Petitioner was in continuous possession of the Subject Building for more than thirty (30) days, legal process is mandatory before an eviction can occur.

8.      Indeed, Respondent is well aware of this fact and has flagrantly violated the law, as Respondent sought an ejectment of Triple C from the Subject Premises in the Supreme Court of the City of New York, County of Kings in the action entitled <u>NYCTL 2017-A Trust v. YYSB Trust, et al</u>, under Index # 504666/18.  Respondent's order to show cause for ejectment in that action was **denied** pursuant to an Order of the Court dated September 6, 2022 (Hon. Mark Partnow, J.S.C.).  A true copy of the September 6, 2022 order is annexed hereto as **Exhibit "B"**.

9.      Additionally, Respondent served a ten (10) day notice upon Petitioner and Triple C dated November 9, 2022, and seeking to recover possession of the Subject Building.  Following

---

[1] Upon information and belief, the New York Police Department may have unlawfully aided and abetted Respondent's illegal December 14, 2022 eviction of Petitioner from the Subject Building in the absence of a judgment of possession, warrant of eviction, and/or writ of ejectment, in violation of Petitioner's civil and constitutional rights.  *See* Williams Affidavit.

4

expiration of the notice, rather than seeking a judicial order permitting an eviction of Petitioner, Respondent instead acted in willful disregard of the law and committed an illegal eviction on December 14, 2022. A true copy of the November 9, 2022 notice is annexed hereto as **Exhibit "C"**.

10. The Supreme Court Order and the November 9, 2022 notice constitute *prima facie* and irrefutable acknowledgment by Respondent that Petitioner was in possession of the Subject Building.

11. Notwithstanding the claims of fraud Petitioner intends to pursue in Supreme Court, the current recorded deed for the Subject Building reflects that Respondent is the current owner of the Subject Building. An attorney-certified copy of the deed reflecting such is annexed hereto as **Exhibit "D"**.

12. Respondents did not obtain a judicial warrant of eviction and/or writ of ejectment before illegally changing the locks to the Subject Building on December 14, 2022. Respondents removed the Petitioner's locks and installed a new lock without providing keys to Petitioner. *See* Williams Affidavit. True copies of photographs reflecting such are annexed hereto as **Exhibit "E"**.

13. As set forth in the Williams Affidavit, no court proceeding or action led to any order authorizing the Respondent's changing of the locks, nor did Petitioner surrender possession of the Subject Building.

14. Furthermore, the Subject Building is home to a congregation which conducts Sunday services for hundreds of neighborhood members all of whom are now locked out of the Subject Building based upon Petitioner's illegal acts. *See* Williams Affidavit.

15. Upon information and belief, there has been no rental by Respondent to any third-party.

16. It is well settled law that a landlord may not attempt to evict a tenant without first

5

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 10 of 52 PageID #: 15

bringing a proceeding and obtaining a judgment of possession and warrant of eviction. Self-help

is a tort and entitles the party wrongfully removed to damages. *See* <u>Romanello v. Hirschfeld</u>, 63

N.Y.2d 613, 614–15, 468 N.E.2d 701, 701 (Court of Appeals, 1984).

17.    Furthermore, Respondent's acts constitute commercial tenant harassment pursuant to

§ 22-902 (7).

18.    Moreover, self help violates New York City's Illegal Eviction law; to wit: §26-521

of the Administrative Code. This law serves the purpose of deterring landlords from improper

harassment and intimidation to evict tenants.

19.    Moreover, Real Property Actions and Proceedings Law §853 is very specific

regarding damages for illegal lockouts and provides in pertinent part:

> If a person is disseized, ejected or put out of real property
> in a forcible or unlawful manner,...he is entitled to recover
> treble damages in an action therefor against the wrongdoer.

20.    Petitioner has been damaged and will continue to be damaged by the actions of the

Respondent until its wrongful acts and conduct are enjoined and possession of the Subject Building

is returned to Petitioner.

21.    Based upon the foregoing, it is respectfully submitted that Petitioner's motion be

granted in the entirety, and a hearing scheduled for damages.

22.    No prior request has been made by Petitioner for the relief sought herein.

6

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 11 of 52 PageID #: 16

**WHEREFORE**, the Petitioner respectfully requests that this Court grant the Petitioner's

Order to Show Cause in its entirety, together with such other and further relief as the Court deems

just and proper.

Dated: New York, New York
       December 15, 2022

_Nicholas G. Yokos_
Nicholas Yokos

7

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 12 of 52 PageID #: 17

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                                          Index #

———————————————————————————X

GLORY OF GOD GLOBAL MINISTRY INC.,                **AFFIDAVIT**
                          Petitioner-Tenant    **IN SUPPORT OF PETITIONER'S**
                                              **ORDER TO SHOW CAUSE**
          against                         **TO BE RESTORE TO POSSESSION**


5904 FOSTER AVENUE TRUST,

                          Respondent-Owner

———————————————————————————X

STATE OF NEW YORK        )
                           ) ss:
COUNTY OF KINGS          )

**FUMNI WILLIAMS**, being duly sworn, hereby deposes and says:

     1.     I am a senior pastor and officer of GLORY OF GOD GLOBAL MINISTRY INC.

("**Petitioner**") and a member of Triple C's Venture, LLC ("**Triple C**"), the respective tenant-occupants

and former deeded owners of 5904 Foster Avenue, Brooklyn, New York 11234 ("**Subject**

**Building**"). As such, I am fully familiar with facts and circumstances set forth herein.

     2.     This affidavit is respectfully submitted in support of Petitioner's cross-motion and in

support of Petitioner's order to show cause pursuant to RPAPL §713(10) and/or RPAPL §853

and/or § 22-902 (7): (i) restoring Petitioner to possession forthwith; and (ii) finding 5904 FOSTER

AVENUE TRUST (**"Respondent"**) actions constitute an unlawful eviction; and (iii) scheduling a

hearing to determine Petitioner's treble damages; and (iv) finding Respondent's actions constitute

commercial tenant harassment and awarding Petitioner damages; and (v) for such other and further

relief in favor of Petitioner as this court may deem just and proper in the circumstances.

     3.     In or about 2014, Petitioner took possession of the Subject Building pursuant to its

relationship with Triple C's Venture, LLC ("**Triple C**"). Triple C was formerly the deeded owner of

8

the Subject Building.[2]  An attorney certified copy of the deed reflecting Triple C as owner of the Subject Building is annexed hereto as **Exhibit "A".**

4.      Notwithstanding Petitioner's claims of fraud with respect to the deed to be pursued in Supreme Court, Petitioner has remained in continuous occupancy of the Subject Premises from 2014 until December 14, 2022 at approximately 8 p.m. when it was illegally evicted by Respondent.[3]

5.      The Petitioner never vacated the Subject Premises or surrendered possession to the Respondent and it was a shocking and traumatic event when Respondent illegally changed the locks to the Subject Premises on December 14, 2022 without legal process.  *See* Exhibit "E".

6.      This is particularly true since Respondent's court attempt to seek an order of ejectment against Petitioner in the Supreme Court of the City of New York, County of Kings in the action entitled <u>NYCTL 2017-A Trust v. YYSB Trust, et al</u>, under Index # 504666/18 was **denied** pursuant to an Order of the Court dated September 6, 2022 (Hon. Mark Partnow, J.S.C.).  A true copy of the September 6, 2022 order is annexed hereto as **Exhibit "B"**.

7.      Even more distressing is that the Subject Building is home to a congregation which conducts Sunday services for hundreds of neighborhood members all of whom are now locked out of the Subject Building based upon Petitioner's illegal acts.

8.      Myself, Petitioner, and our entire congregation are outraged that Respondent has taken the law into its own hands by changing the locks.  My attorney advises me that we are entitled to immediate relief including treble damages and that Respondent's actions also constitute commercial

---

[2] Triple C and Petitioner believe they were the victims of a fraud perpetrated by Respondent with respect to transfer of ownership of the Subject Building and are taking steps to pursue appropriate relief through the Supreme Court of the State of New York, County of Kings.  *See* Williams Affidavit.

[3] Upon information and belief, the New York Police Department may have unlawfully aided and abetted Respondent's illegal December 14, 2022 eviction of Petitioner from the Subject Building in the absence of a judgment of possession, warrant of eviction, and/or writ of ejectment, in violation of Petitioner's civil and constitutional rights.  *See* Williams Affidavit.

tenant harassment.

9.      Equally distressing, upon information and belief, upon changing the locks and entering the Subject Building on December 14, 2022, Respondent damaged Petitioner's property including but not limited to disconnecting security cameras and tampering and/or removing other items belonging to Petitioner.

10.     Based on the Respondent's flagrant disregard for the law, I request that the Petitioner forthwith be restored to possession and that a hearing be scheduled on its treble damages and commercial tenant harassment which includes but is not limited to damages and attorney's fees.

[SIGNATURE PAGE TO FOLLOW]

10

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 15 of 52 PageID #: 20

**WHEREFORE,** Movant respectfully requests that this Court grant its Order to Show

Cause in its entirety together with such other and further relief as the Court deems just and

proper.

_____
Joseph Williams

Sworn to before me this

15th day of December 2022

_____
Notary Public

NATALIA DIMITRIENKO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DI6424749
Qualified in Kings County
My Commission Expires 11/08/2025

Case 1:22-cv-07732  Document 1-1  Filed 12/19/22  Page 16 of 52 PageID #: 21

# EXHIBIT A

Nicholas Yokos, Esq., an attorney duly admitted to practice before the Courts of the State of New York certifies and affirms pursuant to CPLR 2105 and CPLR 4543 that this copy has been compared by me with the original electronically filed on ACRIS, and found to be a true and complete copy.

Dated:  December 15 2022

*Nicholas G. Yokos*
_____

Nicholas Yokos, Esq.



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2015011400850001001E7175

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

**Document ID:** 2015011400850001    Document Date: 12-26-2014    Preparation Date: 01-14-2015
Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| FIFTH AVENUE TITLE AGENCY INC<br>1115 51ST STREET<br>BROOKLYN, NY 11219<br>718-484-1130<br>MALKA@FIFTHAVENUETITLE.COM | FIFTH AVENUE TITLE AGENCY INC<br>1115 51ST STREET<br>BROOKLYN, NY 11219<br>718-484-1130<br>MALKA@FIFTHAVENUETITLE.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7955 | 1 | Entire Lot | 5904 FOSTER AVENUE |

**Property Type:** OTHER

**CROSS REFERENCE DATA**

CRFN_____ *or* DocumentID_____ *or* _____Year_____ Reel____ Page_____ *or* File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| CLAIRA REALTY, LLC<br>4904 FOSTER AVENUE<br>BROOKLYN, NY 11234 | TRIPLE C'S VENTURES, LLC<br>5904 FOSTER AVENUE<br>BROOKLYN, NY 11234 |

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 57,750.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 8,800.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed    01-24-2015 10:30
City Register File No.(CRFN):
**2015000028032**

*Annette M Hill*

***City Register Official Signature***

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the     26th    day of    DECEMBER   ,    2014

BETWEEN

CLAIRA REALTY, LLC having an address at 5904 Foster Avenue, Brooklyn, New York 11234

party of the first part, and

TRIPLE C's VENTURES, LLC having an address at 5904 Foster Avenue, Brooklyn, New York 11234

party of the second part,

WITNESSETH, that the party of the first part, in consideration of

    dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SCHEDULE A ATTACHED HERETO AND MADE PART OF

BLOCK 7955
LOT 1
KINGS COUNTY

PREMISES HEREIN KNOWN AS 5904 FOSTER AVENUE, BROOKLYN, NEW YORK

Grantors is/are the same person(s) described as Grantee(s) in deed recorded/filed in CRFN 2006000299524.

Being the same premises described in the deed to the parties of the first part herein by deed dated 5/11/06 recorded 5/30/06 in CRFN 2006000299524.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

CLAIRA REALTY LLC
by ISRAEL Sulomy Sole Member

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290

*[handwritten left margin: Kings County Block: 7955 Lot: 1 Premises: 5904 Foster Avenue, Brooklyn, NY]*

*[handwritten: RECORD & RETURN TO: FIFTH AVENUE TITLE AGENCY 1115 - 51st STREET BROOKLYN, NY 11219]*

*[handwritten bottom left: FA 4650]*

*[handwritten bottom right: 3 pages]*

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of  KINGS                    , ss:

On the  26th  day of  DECEMBER               in the year 2014
before me, the undersigned, personally appeared

ISRAEL SHLOMY

personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument

Moshe Herman
Notary Public, State of New York
No. 01FR6131321
Qualified in Kings County
Commission Expires August 1 20__

SEAL

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of                      , ss:

On the        day of               in the year
before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN
IN NEW YORK STATE

State of New York, County of                      , ss:

On the        day of               in the year
before me, the undersigned, a Notary Public in and for said State,
personally appeared
the subscribing witness to the foregoing instrument, with whom I am
personally acquainted, who, being by me duly sworn, did depose and say
that he/she/they reside(s) in

(If the place of residence is in a city, include the street and street number if any, thereof);
that he/she/they know(s)

to be the individual described in and who executed the foregoing
instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed
his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK
STATE

*State of                , County of               , ss:

*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the        day of  DECEMBER               in the year 2014
before me, the undersigned  personally appeared

Personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in  his/her/their capacity(ies),  that by his/her/their signature(s) on
the instrument, the individual(s) or the person upon behalf of which the
individual(s) acted, executed the instrument, and that such individual
make such appearance before the undersigned in the

(add the city or political subdivision and the state and country or other
place the acknowledgement was taken).

## Bargain and Sale Deed
## With Covenants

Title No.

SECTION:

BLOCK:

LOT:

COUNTY OR TOWN:

TO

DISTRIBUTED BY

YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

RETURN BY MAIL TO:

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 21 of 52 PageID #: 26

## SCHEDULE A (Description)

ALL that certain lot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a corner formed by the intersection of the southerly side of Foster Avenue with the easterly side of East 59th Street;

RUNNING THENCE southerly along the easterly side of East 59th Street, 66.69 feet;

THENCE easterly at right angles to East 59th Street, 100 feet;

THENCE northerly parallel with easterly side of 59th Street, 138.48 feet to the southerly side of Foster Avenue;

THENCE southwesterly along the southeasterly side of Foster Avenue, 123.10 feet to the corner at the point or place of BEGINNING.

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 22 of 52 PageID #: 27

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2015011400850001001SBFF4

| SUPPORTING DOCUMENT COVER PAGE | | PAGE 1 OF 1 |
|---|---|---|
| Document ID: 2015011400850001 | Document Date: 12-26-2014 | Preparation Date: 01-14-2015 |
| Document Type: DEED | | |

**ASSOCIATED TAX FORM ID:** 2014122600181

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**CITY REGISTER**

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217NYC

**FOR CITY USE ONLY**

| C1. County Code | | C2. Date Deed Recorded | Month | Day | Year |
|---|---|---|---|---|---|
| C3. Book OR | | C4. Page | | JAN 1 6 2015 | |
| C5. CRFN | | | | | |

**PROPERTY INFORMATION**

| 1. Property Location | 5904 | FOSTER AVENUE | | BROOKLYN | | 11234 |
|---|---|---|---|---|---|---|
| | STREET NUMBER | STREET NAME | | BOROUGH | | ZIP CODE |

**2. Buyer Name**

| TRIPLE C'S VENTURES, LLC | | |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |
| LAST NAME / COMPANY | | FIRST NAME |

**3. Tax Billing Address** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

| | LAST NAME / COMPANY | | FIRST NAME |
|---|---|---|---|
| STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE |

**4. Indicate the number of Assessment Roll parcels transferred on the deed** ⌐ 1 ¬ # of Parcels OR ☐ Part of a Parcel

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size** ⌐ ¬ FRONT FEET X ⌐ ¬ DEPTH OR ⌐ ¬ ACRES

Check the boxes below as they apply:
- 6. Ownership Type is Condominium ☐
- 7. New Construction on Vacant Land ☐

**8. Seller Name**

| CLAIRA REALTY, LLC | | |
|---|---|---|
| LAST NAME / COMPANY | | FIRST NAME |
| LAST NAME / COMPANY | | FIRST NAME |

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☑ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
|---|---|---|---|---|
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

**SALE INFORMATION**

| 10. Sale Contract Date | 10 / 12 / 2014 |
|---|---|
| | Month Day Year |
| 11. Date of Sale / Transfer | 12 / 26 / 2014 |
| | Month Day Year |
| 12. Full Sale Price $ | 2,2 0 0,0 0 0.00 |

( Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of
mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale** ⌐ ¬

**14. Check one or more of these conditions as applicable to transfer:**

| A | ☐ | Sale Between Relatives or Former Relatives |
|---|---|---|
| B | ☐ | Sale Between Related Companies or Partners in Business |
| C | ☐ | One of the Buyers is also a Seller |
| D | ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F | ☐ | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ | Sale of Business is Included in Sale Price |
| I | ☐ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ☑ | None |

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

| 15. Building Class | F 9 | 16. Total Assessed Value (of all parcels in transfer) | 2,9 4 3,0 0 |
|---|---|---|---|

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**

| BROOKLYN 7955 1 | | |
|---|---|---|

201412260018120102

**CERTIFICATION**  I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | DATE | 12/26/14 | BUYER'S ATTORNEY | |
| --- | --- | --- | --- | --- |
| BUYER SIGNATURE | | | LAST NAME | FIRST NAME |

5904 FOSTER AVENUE

| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| --- | --- | --- | --- | --- |

BROOKLYN

| CITY OR TOWN | STATE NY | ZIP CODE 11234 | SELLER SIGNATURE | DATE 12/26/14 |
| --- | --- | --- | --- | --- |

SELLER

Triple C's Ventures, LLC, by Fummi Williams, Sole Member          Claira Realty, LLC by Israel Shlomy, Sole Member

2014122600181201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York          )
                           ) SS.:
County of KINGS            )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 5904 FOSTER AVENUE | | | |
|---|---|---|---|
| Street Address | , | | Unit/Apt. , |

| BROOKLYN | New York, | 7955 | 1 | (the "Premises"); |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

CLAIRA REALTY LLC by Israel Sholomy Sole Member          Triple C's Ventures LLC by Funmi Williams, Sole Member

Name of Grantor (Type or Print)          Name of Grantee (Type or Print)

Signature of Grantor          Signature of Grantee

SEAL

Sworn to before me          Sworn to before me
this 26 date of December 20 14          this 26 date of December 20 14

Moshe Freund          Moshe Freund
Notary Public, State of New York          Notary Public, State of New York
No. 01FR6131321          No. 01FR6131321
Qualified in Kings County          Qualified in Kings County
Commission Expires August 1, 20__          Commission Expires August 1, 20__

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2014122600181101

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM    INDEX NO. LT-329469-22/KI
NYSCEF DOC. NO. 5    RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 26 of 52 PageID #: 31



**The City of New York**
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY 11373-5108**

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)  **Property receiving service: BOROUGH: BROOKLYN**     **BLOCK: 7955**     **LOT: 1**

(2)  **Property Address: 5904 FOSTER AVENUE, BROOKLYN, NY 11234**

(3)  **Owner's Name:**     **TRIPLE C'S VENTURES, LLC**

**Additional Name:**

### Affirmation:

☑  Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.** Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _Triple C's Ventures_

Signature: _____     Date (mm/dd/yyyy) _____

Name and Title of Person Signing for Owner, if applicable: _FUNMI WILLIAMS, Sole Member_

BCS-7CRF-ACRIS  REV. 8/08

**2**

2014122600181101

# Exhibit B

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM INDEX NO. LT-326669-09/22/2022
NYSCEF DOC. NO. 6                                                    RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 28 of 52 PageID #: 67

At IAS Part FRP4 of the Supreme
Court of the State of New York,
Kings County, located at 360 Adams
Street, Brooklyn New York, on the
__6th__ day of __September__, 2022

PRESENT: Hon. Mark I. Partnow _____, JSC

NYCTL 2017-A Trust                           **SHORT FORM ORDER**

                              *Plaintiff(s)*   Index No. 504666 /2018

- against -

YYSB Trust, et al,                             Cal. No. _____

                              *Defendant(s)*

| Recitation of the papers considered in review of this motion: | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| Affidavit (Affirmation) | |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

5904 Foster Avenue Trust's order to show cause (sequence 5) to direct Triple C's
Venture's ejectment from the premises located at 5904 Foster Avenue is denied,
without prejudice with leave to renew. Movant has failed to submit evidence of
proper notice pursuant to RPAPL 713 and RPAPL 735 (see 21st Mortgage
Corporation v. Hall, 187 AD3d 742 [2d Dept 2020]). To the extent movant is moving
under some other statutory authority, movant fails to cite to said authority (see
generally, NYCTL 1998-1 Trust v. Rodriguez, 50 Misc.3d 537, 541 [Sup Ct, Kings
County 2015]). The portion of the order to show cause to enjoin Triple C's Venture
from taking any action to sell, transfer, alienate or encumber any interest is denied as

For Clerks use only

MG [       ]

MD [       ]

Motion Seq. # 5

**E N T E R**

*see page 2*

Mark Partnow

**JSC**

*page 1 of 2*

Dated: 9 /6 /2022

Index No. 504666 /2018

Plaintiff(s) NYCTL 2017-A Trust          vs. Defendant(s) YYSB Trust, et al

according to the documents submitted in this action, the current owner of the property is YYSB Trust. Triple C's Venture's previous attempt to intervene as the purported owner of the property was denied by order dated May 13, 2022.

2022 SEP 26 AM 9: 27

KINGS COUNTY CLERK
FILED

ENTERED / SO ORDERED

JSC

Page 2 of 2

Exhibit C

# 5904 FOSTER AVENUE TRUST
## c/o RICHARD L. YELLEN & ASSOCIATES, LLP
## 111 BROADWAY, SUITE 1403
## NEW YORK, NEW YORK 10006

To each of:

Glory of God Global Ministry Inc.
Triple C's Ventures, LLC
Pastor Williams
John Doe, Jane Doe, and XYC LLC
and all parties claiming right to possession
therethrough relating to the below
referenced Premises
5904 Foster Avenue
Brooklyn, NY

Re: 5904 Foster Avenue, Brooklyn, NY

PLEASE TAKE NOTICE that the real property and building thereon known as and located at 5904 Foster Avenue, Brooklyn, NY – Kings County Block: 7955, Lot: 1 in the State of New York (hereinafter the "Premises"] has been sold in foreclosure pursuant to a Referee's Deed dated February 28, 2022. A copy of a certified copy of the Referee's Deed is attached hereto.

PLEASE TAKE NOTICE that, pursuant to the Referee's Deed, 5904 Foster Avenue Trust ("Owner") is the owner of, and entitled to the immediate possession of, the Premises; and by reason therefore, you, your family, friends, congregants, members, licensees, and all the other persons claiming under you are no longer entitled to possession thereof; and that your continuance in possession of said Premises is without the permission of Owner.

PLEASE TAKE NOTICE that the undersigned hereby demands that you and all other persons so occupying said premises remove therefrom and deliver possession thereof to the undersigned on or before ten (10) days after completion of service of this notice upon you.

PLEASE TAKE FURTHER NOTICE that upon your failure to do so, a motion will be filed in a court of proper jurisdiction to evict and remove you from the premises.

TAKE FURTHER NOTICE that if you are a servicemember or the dependent of a servicemember during a period of military service you may be entitled to a stay of the proceedings for a period of ninety (90) days or an adjustment of the rent obligation pursuant to the Servicemembers Civil Relief Act ("SCRA"). You must immediately provide proof of military service to determine eligibility for possible additional rights under SCRA.

TAKE FURTHER NOTICE that counterparts of this Ten-Day Notice, whether executed or transmitted in one or more counterparts by electronic signature, ink signature, hard copy, facsimile, or e-

# 5904 FOSTER AVENUE TRUST
## c/o RICHARD L. YELLEN & ASSOCIATES, LLP
## 111 BROADWAY, SUITE 1403
## NEW YORK, NEW YORK 10006

mail, each of such counterparts in whatever format shall be deemed an original for all purposes, including without limitation the purpose of filing with the Court.

Dated: November 9, 2022

Richard L. Yellen & Associates, LLP

/s/

Brendan C. Kombol, Esq.
111 Broadway, Suite 1403
New York, NY 10006
bkombol@yellenlaw.com
Counsel for Owner
With authority from Lamar Whitehead, Trustee

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 33 of 52 PageID #: 38

# Exhibit D

Case 1:22-cv-07732  Document 1-1  Filed 12/19/22  Page 34 of 52 PageID #: 39

Nicholas Yokos, Esq., an attorney duly admitted to practice before the Courts of the State of New York certifies and affirms pursuant to CPLR 2105 and CPLR 4543 that this copy has been compared by me with the original electronically filed on ACRIS, and found to be a true and complete copy.

Dated:  December 15, 2022

*Nicholas G. Yokos*
_____
Nicholas Yokos, Esq.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2022032200712001001EE93C

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID: 2022032200712001** | Document Date: 02-28-2022 | Preparation Date: 03-22-2022 |
| Document Type: DEED | | |
| Document Page Count: 4 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| ADVANTAGE FORECLOSURE SERVICES, INC. | ADVANTAGE FORECLOSURE SERVICES, INC. |
| 201 OLD COUNTRY ROAD | 201 OLD COUNTRY ROAD |
| SUITE 200, NY 11747 | SUITE 200, NY 11747 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7955 | 1 | Entire Lot | 5904 FOSTER AVENUE |

Property Type: RELIGIOUS STRUCTURE

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or* _____Year_____ Reel____ Page_____  *or*  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| JAMES MARTIN CAFFREY, ESQ., REFEREE | 5904 FOSTER AVENUE TRUST |
| 111 JOHN STREET, SUITE 1100 | 1078 E. 15TH STREET |
| NEW YORK, NY 10028 | BROOKLYN, NY 11230 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | $ | 0.00 | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 7,760.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed    03-28-2022 13:21
City Register File No.(CRFN):
**2022000131088**

*Annette M Hill*

*City Register Official Signature*

# REFEREE DEED

**THIS DEED,** made as of February 28, 2022,

**BETWEEN** JAMES MARTIN CAFFREY, Esq., having offices at 111 John Street, Suite 1100, New York, New York 11230, the Referee duly appointed in the foreclosure action hereinafter mentioned, as Grantor, and

5904 FOSTER AVENUE TRUST, whose address is 1078 E. 15th Street, Brooklyn, New York 11230, as Grantee,

**WITNESSETH,** that the Grantor, being the Referee appointed in a foreclosure action between NYCTL 2017-A TRUST, and THE BANK OF NEW YORK as Collateral Agent and Custodian for the NYCTL 2017-A Trust, Plaintiff, and YYSB TRUST, et al., Defendants, filed under Index Number 504666/2018 the Supreme Court of the State of New York, held in and for the County of Kings, foreclosing certain tax as evidenced by a certain Tax Lien Certificate 3A, dated August 3, 2017, recorded on August 15, 2017, under CRFN 2017000303427, in pursuance of a Judgment of Foreclosure and Sale entered in the New York Supreme Court, County of Kings, on March 3, 2020, and in consideration of the sum of ONE MILLION NINE HUNDRED FORTY THOUSAND DOLLARS ($1,940,000.00) paid by the Grantee, being the highest bidder at the sale under such Judgment of Foreclosure and Sale, does hereby grant and convey unto the Grantee,

Said premises known as <u>5904 Foster Avenue, Brooklyn, NY</u>, described in Schedule "A" attached hereto and made a part hereof.

**TO HAVE AND TO HOLD** the Premises described in Schedule "A" and hereby conveyed unto the Grantee, its successors and assigns forever.

Premises are not subject to a Credit Line Mortgage.

**IN WITNESS WHEREOF,** the Grantor has hereunto set his hand and seal, the day and year first above written.

_____
JAMES MARTIN CAFFREY, Esq., *as Referee*

304650.1621
{11479333:1}

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM    INDEX NO. LT-329469-22/KI
NYSCEF DOC. NO. 8                                              RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732  Document 1-1  Filed 12/19/22  Page 37 of 52 PageID #: 42

## ACKNOWLEDGMENT

STATE OF NEW YORK    )
            : ss.:
COUNTY OF NEW YORK   )

On the ___ day of ~~February~~ MARCH, 2022, before me, the undersigned, a Notary Public in and for said State, personally appeared JAMES MARTIN CAFFREY, Esq., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.

_____
Notary Public

IZABELA A. RUIZ
Notary Public, State of New York
Reg. No. 01RU6211985
Qualified in Queens County
Commission Expires Sept. 28, 20_25_

304650.1621
{11479333:1}

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM INDEX NO. LT-329469-22/KI
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 38 of 52 PageID #: 43

## ADVANTAGE FORECLOSURE SERVICES, INC.

### Title No. FCL-134873-18 (File No. 304650.1621)

### SCHEDULE A
### DESCRIPTION

**Block 7955 and Lot 1**

ALL that certain plot, piece or parcel of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a corner formed by the intersection of the Southerly side of Foster Avenue with the Easterly side of East 59th Street;

RUNNING THENCE Southerly along the Easterly side of East 59th Street, 66.69 feet;

THENCE Easterly at right angles to East 59th Street, 100 feet;

THENCE Northerly parallel with the Easterly side of 59th Street, 138.48 feet to the Southerly side of Foster Avenue;

THENCE Southwesterly along the Southeasterly side of Foster Avenue, 123.10 feet to the corner at the point or place of BEGINNING.

**Premises known as 5904 Foster Avenue, Brooklyn, New York**

https://a836-acris.nyc.gov/DS/DocumentSearch/DocumentImageView?doc_id=2022032200712001          4/10

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM INDEX NO. LT-329469-22/KI
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 39 of 52 PageID #: 44

JAMES MARTIN CAFFREY, Esq.

Referee,

to

5904 FOSTER AVENUE TRUST,

Grantee.

## REFEREE'S DEED
## IN FORECLOSURE

Dated: February 28, 2022

The land affected by the within instrument
lies in Kings County.

Block: 7955
Lot: 1

Address: 5904 Foster Avenue, Brooklyn, NY

**RECORD & RETURN TO:**

5904 Foster Avenue Trust
c/o Israel Grossman
1078 E. 15th Street
Brooklyn, NY 11230

304650.1621
{11479333:1}

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 40 of 52 PageID #: 45

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2022032200712001001S27BD

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2022032200712001**  Document Date: 02-28-2022  Preparation Date: 03-22-2022
Document Type: DEED

**ASSOCIATED TAX FORM ID:**  2022021800238

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 41 of 52 PageID #: 46



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) **Property receiving service:** BOROUGH: **BROOKLYN**          BLOCK: **7955**          LOT: **1**

(2) **Property Address:** 5904 FOSTER AVENUE, BROOKLYN, NY 11234

(3) **Owner's Name:**      5904 FOSTER AVENUE TRUST

**Additional Name:**

### Affirmation:

☑    Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.** Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: *Michael Moses*                                    Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

ICS-7CRF-ACRIS   REV. 8/08

2022021800238101

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM INDEX NO. LT-329469-22/KI
NYSCEF DOC. NO.: 8 RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 42 of 52 PageID #: 47

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

**FOR CITY USE ONLY**

| C1. County Code | | C2. Date Deed Recorded | / / |
| --- | --- | --- | --- |
| | | | Month Day Year |

C3. Book OR C4. Page

C5. CRFN

**PROPERTY INFORMATION**

| 1. Property Location | 5904 STREET NUMBER | FOSTER AVENUE STREET NAME | BROOKLYN BOROUGH | 11234 ZIP CODE |

2. Buyer Name: 5904 FOSTER AVENUE TRUST
LAST NAME / COMPANY — FIRST NAME
LAST NAME / COMPANY — FIRST NAME

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY — FIRST NAME
STREET NUMBER AND STREET NAME — CITY OR TOWN — STATE — ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: _____ FRONT FEET X _____ DEPTH OR _____ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: MARTIN CAFFREY, ESQ., REFEREE — JAMES
LAST NAME / COMPANY — FIRST NAME
LAST NAME / COMPANY — FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

| A | ☐ One Family Residential | C | ☐ Residential Vacant Land | E | ☐ Commercial Apartment | G | ☐ Entertainment / Amusement | I | ☐ Industrial |
| B | ☐ 2 or 3 Family Residential | D | ☐ Non-Residential Vacant Land | F | ☐ | H | ☑ Community Service | J | ☐ Public Service |

**SALE INFORMATION**

10. Sale Contract Date: 2 / 28 / 2022 (Month Day Year)

11. Date of Sale / Transfer: 2 / 28 / 2022 (Month Day Year)

12. Full Sale Price $ 1 9 4 0 0 0 0
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: 

14. Check one or more of these conditions as applicable to transfer:

| A | ☐ Sale Between Relatives or Former Relatives |
| B | ☐ Sale Between Related Companies or Partners in Business |
| C | ☐ One of the Buyers is also a Seller |
| D | ☐ Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | ☐ Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ Sale of Business is Included in Sale Price |
| I | ☐ Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ☑ None |

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: M, 9

16. Total Assessed Value (of all parcels in transfer): 3 5 0 1 0 0

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

BROOKLYN 7955 1

Case 1:22-cv-07732  Document 1-1  Filed 12/19/22  Page 43 of 52 PageID #: 48

---

**CERTIFICATION**   I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| **BUYER** | | | **BUYER'S ATTORNEY** | |
|---|---|---|---|---|
| Michael Moses | | | | |
| BUYER SIGNATURE | DATE | | LAST NAME | FIRST NAME |
| 1078 E. 15TH STREET | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| | | | | **SELLER** |
| BROOKLYN | NY | 11230 | | 3/1/22 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

2022021800238201

FILED: KINGS CIVIL COURT - L&T 12/16/2022 04:24 PM    INDEX NO. LT-329469-22/KI
NYSCEF DOC. NO. 8                                                                RECEIVED NYSCEF: 12/16/2022

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 44 of 52 PageID #: 49

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York

}   SS.:

County of

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

5904 FOSTER AVENUE                                           , _____
Street Address Unit/Apt.

BROOKLYN          New York,     7955        1      (the "Premises");
Borough                          Block       Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| | *Michael Moses* |
| Signature of Grantor | Signature of Grantee |

Sworn to before me                     Sworn to before me

this _____ day of _____ 20 ____     this _____ day of February 20 22

*Sarah Kassai*

SARAH KASSAI
NOTARY PUBLIC, State of New York
No. 24-4731297
Qualified in Kings County
Commission Expires June 30, 20 22

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2022021800238101

Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 45 of 52 PageID #: 50

# Exhibit E

Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 46 of 52 PageID #: 51



Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 47 of 52 PageID #: 52



Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 48 of 52 PageID #: 53



Case 1:22-cv-07732  Document 1-1  Filed 12/19/22  Page 49 of 52 PageID #: 54



Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 50 of 52 PageID #: 55

INDEX NO. LT-329469-22/KI

RECEIVED NYSCEF: 12/16/2022



Case 1:22-cv-07732 Document 1-1 Filed 12/19/22 Page 51 of 52 PageID #: 56



Case 1:22-cv-07732   Document 1-1   Filed 12/19/22   Page 52 of 52 PageID #: 57

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------X

GLORY OF GOD GLOBAL MINISTRY INC.

                            Petitioner-Tenant,

      -against-

5904 FOSTER AVENUE TRUST

                          Respondent-Owner.

-------------------------------------------------------------------X

Index No.: 329469/2022

**AFFIDAVIT OF SERVICE
VIA OVERNIGHT COURIER**

STATE OF NEW YORK     )
                              ) ss.
COUNTY OF NEW YORK  )

James Elliott, being duly sworn deposes and says:

1.      I am not a party to the action, am over 18 years of age and reside in the County of Kings, City and State of New York.

2.      On December 19, 2022, I served the **Order to Show Cause To Be Restore to Possession with supporting documents, Verified Petition, and Notice of Electronic Filing** in this proceeding, and caused the same to be delivered by Federal Express Overnight Delivery to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last known address of the addressee(s):

RICHARD L. YELLEN & ASSOCIATES LLP
*Attorneys for Respondent-Owner*
111 Broadway, Suite 1403
New York, New York 10006

                                                    James Elliott

Sworn to before me on the
19th day of December 2022

NOTARY PUBLIC

TAMARA BIAMBY
Notary Public, State of New York
No. 01BI6224238
Qualified in Queens County
Commission Expires June 28, 2026

[5354-0001/1554770/1]

1 of 1